IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SONNY D. BALVIN, | ) | 8:12CV377 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FRED BRITTEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Notice of Appeal. (Filing No. 23.) On September 16, 2013, the court dismissed Petitioner's habeas corpus claims and entered Judgment against him. (Filing Nos. 21 and 22.) In doing so, the court informed Petitioner that it would not issue a certificate of appealability in this case. (Filing No. 21 at CM/ECF p. 12.) Thereafter, Petitioner filed a timely Notice of Appeal. (Filing No. 23.)

Petitioner has not paid the appellate filing fee nor filed a motion for leave to appeal in forma pauperis. (*See* Filing No. 24.) Federal Rule of Appellate Procedure 24(a) provides:

> (1) Motion in the District Court. Except as stated in Rule 24(a)(3), a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>
> > (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
> >
> > (B) claims an entitlement to redress; and

>> (C) states the issues that the party intends to present on appeal.

*Id*. Accordingly, Petitioner shall have until November 7, 2013, to either pay the $455.00 appellate filing fee or file a motion for leave to proceed in forma pauperis in accordance with Fed. R. App. P. 24.

IT IS THEREFORE ORDERED that:

1. Petitioner shall have until November 7, 2013, to either pay the $455.00 appellate filing fee or file a motion for leave to proceed in forma pauperis in accordance with Fed. R. App. P. 24.

2. If Petitioner fails to comply with this Memorandum and Order, his appeal will not be processed.

DATED this 9th day of October, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.